# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| JOANN INC., *et al.*,[2] | Adversary No. 25-51022 (CTG) |
| Plaintiffs, | **Re: Adv. Docket Nos. 1, 3, 4, 8, 9, 12 and 16** |
| v. |  |
| ADVANTUS, CORP., FAIRFIELD PROCESSING CORP., GWEN STUDIOS, LLC, LOW TECH TOY CLUB, LLC, ORMO ITHALAT IHRACAT A.S., SPRINGS CREATIVE PRODUCTS GROUP, LLC., |  |
| Defendants. |  |

## NOTICE OF COMPLETION OF BRIEFING REGARDING DEBTORS' MOTION TO (I) ENFORCE THE AUTOMATIC STAY; (II) ENFORCE THE SALE ORDER; AND (III) FOR A PRELIMINARY INJUNCTION PURSUANT TO SECTIONS 105(A) AND 362(A) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that briefing on the *Debtors' Motion to (I) Enforce the Automatic Stay; (II) Enforce the Sale Order; and (III) for a Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code* [Adv. Docket No. 3] (the "Motion") filed by the debtors in the above-captioned case (collectively, the "Debtors" or "Plaintiffs") is complete. The following are all pleadings relevant to the Motion:

  1. *Adversary Complaint* (Filed June 13, 2025) [Adv. Docket No. 1];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] The Plaintiffs in this adversary case are the Debtors listed in footnote one.

2. *Debtors' Motion to (I) Enforce the Automatic Stay; (II) Enforce the Sale Order; and (III) for a Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code* (Filed June 14, 2025) [Adv. Docket No. 3];

3. *Memorandum of Law in Support of Debtors' Motion to (I) Enforce the Automatic Stay; (II) Enforce the Sale Order; and (III) for a Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code* (Filed June 14, 2025) [Adv. Docket No. 4];

4. *Defendants' Preliminary Objection to Debtors' Motion to (I) Enforce Automatic Stay; (II) Enforce the Sale Order; and (III) for a Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code* (Filed June 30, 2025) [Adv. Docket No. 8];

5. *Declaration of Gordon Z. Novod in Support of Defendants' Preliminary Objection to Debtors' Motion to (I) Enforce Automatic Stay; (II) Enforce the Sale Order; and (III) for a Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code* (Filed June 30, 2025) [Adv. Docket No. 9];

6. *Reply Brief in Further Support of Debtors' Motion to (I) enforce the automatic Stay; (II) Enforce the Sale Order; or (III) for a Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code* (Filed July 10, 2025) [Adv. Docket No. 12]; and

7. *Parties' Joint Submission to Request for Oral Argument on Debtors' Motion to (I) Enforce the Automatic Stay; (II) Enforce the Sale Order; and (III) for a Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code* (Filed July 18, 2025) [Adv. Docket No. 16].

*[Remainder of Page Intentionally Left Blank]*

Dated: July 23, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | Email: aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |