# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re JOANN INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 25-10068 (CTG) <br> (Jointly Administered) |
| JOANN INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANTUS, CORP., FAIRFIELD PROCESSING CORP., GWEN STUDIOS, LLC, LOW TECH TOY CLUB, LLC, ORMO ITHALAT IHRACAT A.S., SPRINGS CREATIVE PRODUCTS GROUP, LLC., <br><br> Defendants. | Adversary Proceeding <br> Adv. Proc. Case No. 25-51022 (CTG) <br><br> Re: Adv. D.I. 26, 28, 29, 30, 31 |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON (I) DEBTORS' MOTION FOR JUDGMENT ON THE PLEADINGS, (II) JOINDER OF MELISSA BOWERS, CHRISTOPHER DITULLIO, HEATHER HOLODY, AND MICHAEL KENNEDY TO THE WIND-DOWN DEBTORS' MOTION FOR JUDGMENT ON THE PLEADINGS, (III) DEFENDANTS' CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS FOR LACK OF SUBJECT MATTER JURISDICTION, AND (IV) DEFENDANTS' OBJECTION TO, AND MOTION TO STRIKE THE JOINDER OF MELISSA BOWERS, CHRISTOPHER DITULLIO, HEATHER HOLODY, AND MICHAEL KENNEDY TO THE WIND-DOWN DEBTORS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Advantus, Corp., Fairfield Processing Corp., Gwen Studios, LLC, Ormo Ithalat Ihracat A.S., Low Tech Toy Club LLC, and Springs Creative Products Group, LLC (the "Defendants"), pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), file this Joint Submission to Request Oral Argument on (i) Debtors' Motion for Judgment on the Pleadings; (ii) Joinder of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

1

Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to The Wind-Down Debtors' Motion for Judgment on the Pleadings; (iii) Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction; and (iv) Defendants' Objection to, and Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to The Wind-Down Debtors' Motion for Judgment on the Pleadings.

Given the complexity of the jurisprudence and the arguments of the parties, the Defendants believe that oral argument would be helpful to the Court. As stated on the record at the status conference held on January 13, 2026 in the action captioned *Advantus Corp., et al. v. Prendergast, et al.*, Case No. 25-52463-CTG (Bankr. D. Del.) (the "<u>Action</u>"), counsel for the Defendants anticipates that they will coordinate with counsel for the Plaintiff in this Adversary Proceeding (as well as counsel for the defendants in the Action) before requesting a date for oral argument on the motions before the Court in this Adversary Proceeding.

Dated: January 20, 2026
Wilmington, Delaware

**GRANT & EISENHOFER P.A.**

*/s/ Frank H. Griffin*
Frank H. Griffin (Del. Bar No. 7318)
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7047
Fax: 302-622-7100
Email: fgriffin@gelaw.com

and

Gordon Z. Novod (admitted *pro hac vice*)
Meagan Farmer (application for admission *pro hac vice* pending)
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8500
Fax: 646-722-8501
Email: gnovod@gelaw.com
         mfarmer@gelaw.com

*Counsel for the Defendants*