# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post Effective-Date Debtor. | ) |  |
|  | ) |  |
| JOANN INC., *et al.,* | ) | Adversary No. 25-51022 (CTG) |
|  | ) |  |
| Plaintiffs, | ) |  |
| v. | ) |  |
|  | ) |  |
| ADVANTUS, CORP., FAIRFIELD PROCESSING CORP., GWEN STUDIOS, LLC, LOW TECH TOY CLUB, LLC, ORMO ITHALAT IHRACAT A.S., SPRINGS CREATIVE PRODUCTS GROUP, LLC., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
| ADVANTUS, CORP., *et al.*, | ) | Adversary No. 25-52463 (CTG) |
|  | ) |  |
| Plaintiffs, | ) |  |
| v. | ) |  |
|  | ) |  |
| MICHAEL PRENDERGAST, *et al.*, | ) |  |
|  | ) |  |
| Defendants | ) |  |

## NOTICE OF CHANGE OF HEARING TIME
## FOR FEBRUARY 25, 2026 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that, at the direction of the Court, the time of the omnibus hearing scheduled for February 25, 2026 at 10:00 a.m. (prevailing Eastern Time), has been

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

2

rescheduled to **February 25, 2026 at 9:30 a.m. (prevailing Eastern Time)**, before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801.

Dated: February 6, 2026
Wilmington, Delaware

          **COLE SCHOTZ P.C.**

          */s/ Michael E. Fitzpatrick*
          Patrick J. Reilley (No. 4451)
          Stacy L. Newman (No. 5044)
          Jack M. Dougherty (No. 6784)
          Michael E. Fitzpatrick (No. 6797)
          500 Delaware Avenue, Suite 600
          Wilmington, Delaware 19801
          Telephone:  (302) 652-3131
          Facsimile:  (302) 652-3117
          Email:  preilley@coleschotz.com
                 snewman@coleschotz.com
                 jdougherty@coleschotz.com
                 mfitzpatrick@coleschotz.com

          *Co-Counsel to the Plan Administrator*